No. 1290, Misc.   BAXTER v. HAWAII.   Sup. Ct. Hawaii. Certiorari denied.

No. 1311, Misc.   HOOD v. FIELD, MEN'S COLONY SUPERINTENDENT.   C. A. 9th Cir.   Certiorari denied.

No. 1317, Misc.   FREEMAN v. OHIO.   Sup. Ct. Ohio. Certiorari denied.   *Melvin G. Rueger* and *Leonard Kirschner* for respondent.

No. 1320, Misc.   PALUCH v. NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 1335, Misc.   BURKE v. SHARKEY, ACTING WARDEN. C. A. 1st Cir.   Certiorari denied.

No. 1364, Misc.   TUCKER v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Donald J. Zoeller, Harry C. Batchelder, Jr.,* and *Thomas R. Esposito* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 1375, Misc.   WALTON v. RUSSELL, CORRECTIONAL SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.

No. 1401, Misc.   FURTAK v. NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 1408, Misc.   GORDON v. NATIONAL BROADCASTING Co., INC.   C. A. 2d Cir.   Certiorari denied.   *Lawrence J. McKay* for respondent.

No. 1432, Misc.   WALLACE v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.